PATRICK H. HICKS, ESQ., Bar # 004632
WENDY MEDURA KRINCEK, ESQ., Bar # 6417
DUSTIN L. CLARK, ESQ., Bar # 10548
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone:   702.862.8800
Fax No.:     702.862.8811

Attorneys for Defendant
TERRIBLE HERBST, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOHN C. LEFFLER,

    Plaintiff,

vs.

TERRIBLE HERBST, INC.;
EMPLOYEE(S)/AGENT(S) DOES 1-10;
and ROE CORPORATIONS 11-20,
inclusive,

    Defendant.

Case No. 2:11-cv-01646-KJD-PAL

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED this matter be dismissed with prejudice, with each party to bear his or its own costs and attorney's fees.

Dated: January 9th, 2012

_____
CHRISTIAN GABROY, ESQ.
GABROY LAW OFFICES
Attorneys for Plaintiff

Dated: January 10, 2012

_____
DUSTIN L. CLARK, ESQ.
LITTLER MENDELSON
Attorneys for Defendant Terrible Herbst, Inc.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: 1/11/12

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Firmwide:105626615.1 036579.1016